437 A.2d 933

**COMMONWEALTH of Pennsylvania**

**v.**

**Garnie SEGERS, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 22, 1981.

Decided Dec. 17, 1981.

Joseph C. Vignola, Philadelphia, (court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., Mark S. Gurevitz, Philadelphia, for appellee.

Before O'BRIEN, C. J. and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

ORDER

PER CURIAM:

Judgment of sentence affirmed.